United States District Court
for the District of New Jersey

| | |
|---|---|
| **THOMAS VANBLARCOM, ET AL** : | |
| : | Civil No. 08-3675 |
| Plaintiff : | |
| : | |
| : | Order of Reassignment |
| **BRISTOL-MYERS SQUIBB COMPANY** : | |
| : | |
| Defendant : | |

It is on this 20th day of January 2009,

O R D E R E D that the entitled action is reassigned

from Judge Dickinson R. Debevoise to Judge Faith S. Hochberg .


    S/Garrett E. Brown, Jr.
Garrett E. Brown, Jr., Chief Judge
United States District Court